**DISMISS and Opinion Filed August 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00839-CV

**WAURINE SPENCER AKA HELEN WAURINE SPENCER, VALERIE SPENCER, AND ALL OCCUPANTS, Appellants**

**V.**

**ECLIPTIC HOMES LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02684-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The filing fee and docketing statement in this case are past due. By postcard dated July 16, 2019, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated July 16, 2019, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. To date, appellants have not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


190839F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WAURINE SPENCER AKA HELEN
WAURINE SPENCER, VALERIE
SPENCER, AND ALL OCCUPANTS,
Appellants

No. 05-19-00839-CV      V.

ECLIPTIC HOMES LLC, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-02684-E.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ECLIPTIC HOMES LLC recover its costs of this appeal from appellants WAURINE SPENCER AKA HELEN WAURINE SPENCER, VALERIE SPENCER, AND ALL OCCUPANTS.

Judgment entered August 22, 2019